# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Jihad Shahaddad | COURT CASE NUMBER: 1:18cv883 |
| DEFENDANT: County of Arlington, et al | TYPE OF PROCESS: Summons and complaint |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: County of Arlington
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2100 Clarendon Blvd., Arlington, VA 22201

FILED 2018 AUG -1 P 3: 14 CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Harsh Voruganti
1655 N Fort Myer Dr.
Suite 700
Arlington, VA 22209

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 703-299-2101
DATE: 7/20/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1/2
District of Origin No.: C83
District to Serve No.: C83
Signature of Authorized USMS Deputy or Clerk: Roxda Patterson
Date: 7/20/18

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 7/25/18
Time: 11:55 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 18 mi RT $9.63 | 0 | $74.63 | | $0.00 |

REMARKS: Danielle Ruiz, Office Manager

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18cv883

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **County of Arlington**
was received by me on *(date)* **7/20/18**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Danielle Ruiz, Ofc. Mgr.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Arlington County Government** on *(date)* **7/25/18** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **9.63** (18 mi RT) for travel and $ **65.00** for services, for a total of $ **74.63** ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: **7/25/18**

_Vint T. O'Neal_
Server's signature

**Vincent T. O'Neal, SDUSM**
Printed name and title

**401 Courthouse Sq, Alexandria, VA**
Server's address

Additional information regarding attempted service, etc: